UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 26-3133-GW-ASx | Date | April 8, 2026 |
|---|---|---|---|
| Title | *Nayrika Masjedi v. The Burlington Insurance Company, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **IN CHAMBERS - ORDER DENYING URGENT EX PARTE
APPLICATION FOR ORDER: (1) PRESERVING PLAINTIFF'S
ABILITY TO OBTAIN TIMELY INJUNCTIVE RELIEF; OR (2)
IMMEDIATE REMAND PURSUANT TO 28 U.S.C. §§ 1446(A) AND
1447(C)**

The Court has received a duplicate of Plaintiff's urgent ex parte application for an order preserving Plaintiff's ability to obtain timely injunctive relief or, alternatively, for immediate remand under 28 U.S.C. §§ 1446(a) and 1447(c) . *See* ECF No. 36. The application is denied as duplicative. *See* ECF No. 35.

:

Initials of Preparer    JG